## LEXINGTON INS. CO. v. JOHN DOE 1

No. 66P01

Case below: 141 N.C. App. 350

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

## LITTLE v. STOGNER

No. 571P00

Case below: 140 N.C. App. 380

Petition by defendant (Jack Douglas Stogner individually, and Jack Douglas Stogner, as Administrator of the Estate of Peggy W. Stogner) for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

## MEDLIN v. FYCO, INC.

No. 443P00

Case below: 139 N.C. App. 534

Petition by defendant (Fyco, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

## MELTON v. STAMM

No. 297P00

Case below: 138 N.C. App. 314

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused.